# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JEFFREY A. COLE,

    Plaintiff,

vs.                            CASE NO. 5:10cv316/RS-GRJ

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,
et al,

    Respondents.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 6), Plaintiff's Objection to Report and Recommendation and Motion for Temporary Restraining Order (Doc. 8), and Plaintiff's Addendum to Plaintiff's Objection to Report and Recommendation and Motion for Temporary Restraining Order (Doc. 9). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.
2. This case is dismissed because Plaintiff has failed to exhaust his administrative remedies.
3. Plaintiff's Motion for Temporary Restraining Order is denied as moot.
4. The clerk is directed to close the file.

**ORDERED** on January 11, 2011.

            /S/ Richard Smoak
            **RICHARD SMOAK**
            **UNITED STATES DISTRICT JUDGE**